IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

BPPR )
v. )  CIVIL NO. 2008-71
Hypolite )

## ORDER

THIS MATTER came on for pretrial conference on February 24, 2009. The premises considered, it is hereby ORDERED:

① Counsel have agreed to the jurisdiction of the magistrate judge and will file appropriate consents by March 6, 2009.

② Motion to vacate the entry of default (docket no. 9) is granted. Answer to be filed by March 6, 2009.

③ Counsel will complete the Rule 26 planning and exchange self-executing discovery, including an accounting of the mortgage account, by April 1, 2009.

④ Status conference April 2, 2009 at 10:30.

DATED: February 24, 2009

GEOFFREY W. BARNARD
United States Magistrate Judge

ATTEST:
WILFREDO F. MORALES
Clerk of Court

By: _____
Deputy Clerk

pc: Ashlee Gray
Gregory Hodges
Nycole Thompson
Tom Bolt

Claudette Donovan    Lydia Trotman
Sharline Rogers, Esq.    Eurita Wright
Olga Schneider